# United States District Court
# Central District of California

| | |
|---|---|
| KARA BROWNLEE; JANUARY GESSERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>12745 MOORPARK LLC; THE MALIK CORPORATION; LORRAINE FISCHER; MIKE DEVANEY; DOES 1-50<br><br>　　　　　Defendants. | Case No. 2:13-cv-9188-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 36), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, March 9, 2015**, why settlement has not been finalized (ECF Nos. 31 & 32). No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

January 8, 2015

cc:billofcostla@cacd.uscourts.gov

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**