JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARA BROWNLEE, an individual, and JANUARY GESSERT, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>12745 MOORPARK LLC, a California Limited Liability Company; THE MALIK CORPORATION, a California Corporation; LORRAINE FISCHER, an individual; MIKE DEVANEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No: CV13-9188-ODW(MANx)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND ORDERED THAT:

(1) JUDGMENT is entered against Defendants 12745 MOORPARK LLC, THE MALIK CORPORATION, and LORRAINE FISCHER on all claims of Plaintiff KARA BROWNLEE, jointly and severally, in the amount of $10,000, along with costs.

(2) JUDGMENT is entered against Defendants 12745 MOORPARK LLC, THE MALIK CORPORATION, and LORRAINE FISCHER on all claims of Plaintiff JANUARY GESSERT, jointly and severally, in the amount of $2,000, along with costs.

(3) All Doe defendants are hereby dismissed.

Dated: January 21, 2015

Honorable Otis D. Wright
UNITED STATES DISTRICT JUDGE